UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2014
```

JOHN CHILDS, *et al.*,

                    Plaintiffs,

-v-

CANYON PARTNERS INC., *et al.*,

                    Defendants.

No. 14-cv-2898 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Plaintiffs commenced this action on April 23, 2014 by filing a complaint, at which time a summons was issued. More than 120 days have elapsed since the action was commenced, and Plaintiffs have failed to file an affidavit of service with the Court attesting to service of the summons and complaint on the defendants. Accordingly, this action will be dismissed without prejudice unless Plaintiffs, within thirty days from the date of this order, that is, on or before September 22, 2014, either (1) file proof of service with the Clerk of the Court, or (2) show cause in writing why a further extension of the time limit for service is warranted. *See* Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:      August 22, 2014
              New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE